UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAMEER RIAZ AZAM, | No. C 05-510 MHP (pr) |
| Plaintiff, | **ORDER** |
| v. | |
| CITY OF PLEASANTON; et al, | |
| Defendants. | |

Plaintiff's motion for relief from summary judgment is DISMISSED. (Docket # 81.) The court lacks jurisdiction to consider the motion – filed almost a year after the entry of judgment – because there is an appeal pending. The court also construes the motion to request the court to indicate it would entertain a motion for relief from the judgment, and denies that request. See Williams v. Woodford, 384 F.3d 567, 586 (9th Cir. 2004).

IT IS SO ORDERED.

Dated: January 20, 2009

Marilyn Hall Patel
United States District Judge