May 11, 2010

# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
### (415) 355-7820

**FILED MAY 13 2010 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**

**District Court/Agency:** USDC Northern California (San Francisco)

**Lower Court Number:** 3:05-CV-00510-MHP

**Appeal Number:** 08-15812

**Short Title:** Zameer Azam v. City of Pleasanton

|   | Volumes |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|---|
| **Clerk's Records in:** | 2 |   |   |   | 0 | Certified Copy(ies) |   |   |
| **Reporters Transcripts in:** | 0 |   |   |   |   |   |   |   |
| **Bulky Documents in:** | 0 | Envelopes | 1 | Expandos | 0 | Folders | 0 | Boxes |
|   | 0 | Other |   |   |   |   |   |   |
| **State Lodged Docs in:** | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
|   | 0 | Other |   |   |   |   |   |   |

**Other:** bulky dkt #60 in expando

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.